# Court of Appeals
## Tenth Appellate District of Texas

===========

10-26-00113-CV

===========

In re Evelyn Simmons Woodfork and Brenda Simmons McGowen

===========

Original Proceeding

===========

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for writ of mandamus and emergency motion to stay writ of possession filed by Relators, Evelyn Simmons Woodfork and Brenda Simmons McGowen, on March 30, 2026, is DENIED.

STEVE SMITH
Justice

OPINION DELIVERED and FILED: April 2, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Petition denied; Motion denied
Do not publish
OT06

